CR 21-245 NEB/JFD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MUSE MOHAMUD MOHAMED,

Defendant.

**INDICTMENT**

18 U.S.C. § 1623

THE UNITED STATES GRAND JURY CHARGES:

**COUNT 1**
(False Declaration Before Grand Jury)

On or about October 14, 2021, in the State and District of Minnesota, while testifying under oath in a proceeding before a Grand Jury of the United States, the defendant,

**MUSE MOHAMUD MOHAMED,**

did knowingly make a false material declaration, that is, he testified that "I got three absentee ballots from the elections office. I took – I took those ballots to the voters, they filled them out, they voted, and then I took them back and turned those – I turned those absentee ballots back to the election office." Instead, as MOHAMED then and there well knew, MOHAMED did not take any ballots to the three voters named on the absentee ballot envelopes, and the three voters did not give their ballots to MOHAMED to return to the election office, all in violation of Title 18, United States Code, Section 1623(a).

SCANNED
NOV 18 2021
U.S. DISTRICT COURT ST. PAUL

U.S. v. Muse Mohamud Mohamed

## COUNT 2
(False Declaration Before Grand Jury)

On or about October 14, 2021, in the State and District of Minnesota, while testifying under oath in a proceeding before a Grand Jury of the United States, the defendant,

**MUSE MOHAMUD MOHAMED,**

did knowingly make a false material declaration, that is, he testified that "I got the absentee ballot from the elections office and took it to Voter A[;]" and "I remember Voter A was the one who filled out the absentee ballots – or the absentee ballot, sealed it up, and then told me to drop it off for her." Instead, as MOHAMED then and there well knew, MOHAMED did not receive a sealed absentee ballot envelope from Voter A, and Voter A did not ask MOHAMED to drop off Voter A's absentee ballot, all in violation of Title 18, United States Code, Section 1623(a).

A TRUE BILL

_____            _____
ACTING UNITED STATES ATTORNEY            FOREPERSON