F#11357555

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

~~SEALED~~

| | |
|---|---|
| United States of America<br>v.<br>Muse Mohamud Mohamed<br><br>_____<br>*Defendant* | ) ) ) ) ) ) )  Case No. CR 21-245 NEB/JFD |



RECEIVED
NOV 24 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

RECEIVED
US MARSHALS
SAINT PAUL, MN
2021 NOV 18 PM 1:21

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Muse Mohamud Mohamed                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment          ☐ Superseding Indictment      ☐ Information       ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice     ☐ Order of the Court
                                                                                                     ☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Counts 1-2: False Declaration Before Grand Jury, 18:1623(a).

Date: 11/18/2021                                             */s/ M. Fogarty*
                                                              _____
                                                                    *Issuing officer's signature*

City and state:  Saint Paul, MN                              Kate M. Fogarty, Clerk of Court
                                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

ARRESTED ON 11/22/2021
ARRESTED BY FBI

U.S. MARSHAL
DISTRICT OF MINNESOTA
BY: _____

*Arresting officer's signature*

*Printed name and title*

SCANNED
NOV 24 2021
U.S. DISTRICT COURT ST. PAUL