UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Muse Mohamud Mohamed,

        Defendant.

Case. No. 21-cr-245 (NEB/JFD)

**ARRAIGNMENT ORDER/SCHEDULING ORDER**

A grand jury of this district returned an indictment in this case, which was docketed on November 18, 2021 (Dkt. No. 1.) The defendant was arraigned before United States Magistrate Judge Tony N. Leung on November 24, 2021. Defendant was present in court with his attorney Charles Clippert. The United States was represented by AUSA Allison Ethen.

**Pursuant to the Due Process Protections Act**, the Court advises the United States of its obligation to disclose to the defendant all exculpatory evidence as defined by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, and **ORDERS** the United States to disclose all such evidence. Failure to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

**Pursuant to Local Rule 12.1 (copy attached), IT IS FURTHER HEREBY ORDERED** that:

1.  The government must make all disclosures required by Federal Rule of Criminal Procedure 16(a) by **December 1, 2021**. D. Minn. LR 12.1(a)(1). In order to avoid the need for a recess of the motions hearing, the government is requested to make, by **December 1, 2021**, all disclosures which will be required by Fed. R. Crim. P. 26.2 and 12(h).

2.  Defendants must make all disclosures required by Federal Rule of Criminal Procedure 16(b) by **December 8, 2021**. D. Minn. LR 12.1(a)(2).

3.  All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **December 15, 2021**.[1] D. Minn. LR 12.1(c)(1). **Magistrate Judge Docherty prefers not to receive courtesy copies related to pretrial motions. If there is no need for a motions hearing, either because no motions were filed, or for any other reason, counsel must electronically file a letter saying so on or before December 15, 2021, or as soon as possible thereafter (if the event making the motions hearing unnecessary occurs after December 15, 2021).**

4.  All responses to motions must be filed by **December 29, 2021**. D. Minn. LR 12.1(c)(2).

5.  Any Notice of Intent to Call Witnesses must be filed by **December 29, 2021.** D. Minn. LR. 12.1(c)(3)(A).

---

[1] "Before filing a motion under Fed. R. Crim. P. 12(b), the moving party must confer with the responding party. The parties must attempt in good faith to clarify and narrow the issues in dispute." D. Minn. LR 12.1(b).

6. Any Responsive Notice of Intent to Call Witnesses must be filed by **January 3, 2022**. D. Minn. LR 12.1(c)(3)(B).

7. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The government makes timely disclosures and Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

8. In the event motions a hearing is required, the hearing will be set for **January 11, 2022 at 10:00 a.m**. Counsel for Defendant must file a letter by **December 29, 2021**, indicating whether his client consents to proceeding with the hearing by video conference.

9. TRIAL

    a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT: the following trial and trial-related dates are:**

        i. Voir Dire and Jury Instructions shall be filed with District Judge Nancy E. Brasel's chambers on or before **January 10, 2022.**

        ii. Trial will commence before District Judge Nancy E. Brasel **at 9:00 a.m. on January 24, 2022** in Courtroom 13W, Diana E. Murphy Courthouse, 300 S 4th St., Minneapolis, MN 55415.

    b. **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Brasel to confirm the new trial date.**

Dated: November 29, 2021                               *s/ John F. Docherty*
                                                       JOHN F. DOCHERTY
                                                       United States Magistrate Judge