UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
*Criminal No.: 21-CR-245 (NEB/JED)*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MUSE MOHAMUD MOHAMED ) <br> ) <br> Defendant. ) <br> ) | **STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |

Pursuant to 18 USC §3161 (h)(7)(A), Muse Mohamud Mohamed, the defendant in this case, agrees to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. My attorney and I need additional time to obtain and review and analyze the discovery in my case.

Based on the facts above, I request that the period time my lawyer has requested for an extension, which is 21 days, be excluded from the time in which I would have otherwise be brought to trial.

I have discussed this matter with my attorney. I voluntarily make this request with full knowledge of my rights under the Speedy Trial Act.

Dated: 12/14/21

_____
Muse Mohamud Mohamed

Respectfully submitted,

Dated: December 14, 2021          /s/ *Charles F. Clippert*
Charles F. Clippert
Attorney No. 248848
Attorney for Defendant
101 East Fifth Street
Suite 1500
St. Paul, MN 55101
Phone: (651) 300-4109