# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
*Criminal No.: 21-CR-245 (NEB/JFD)*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MUSE MOHAMUD MOHAMED, <br><br> Defendant. | **DEFENDANT'S PRETRIAL MOTION FOR EARLY DISCLOSURE OF JENCKS ACT MATERIAL** |

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Defendant moves the Court for an order requiring the government to disclose all statements and reports within the meaning of the Jencks Act, 18 U.S.C. § 3500, on the following grounds:

1. Although the clear provisions of § 3500 do not require the government to produce Jencks Act material until after a witness testifies at trial on direct examination, Defendant suggests that this Court has the inherent power to require the government to produce Jencks Act material prior to trial unless the government can convince the Court that there is some legitimate governmental interest in not doing so.

2. The production of Jencks Act material at trial may necessitate extensive delays during trial to allow the defense counsel an opportunity to review such material prior to cross-examination of government witnesses. Absent a showing of possible witness harassment or some other valid governmental interest, this Court should exercise its inherent power and require early production of Jencks Act material in order to facilitate orderly presentation of the government's case at trial.

This Motion is based upon all the files, records, and proceedings herein.

Respectfully submitted,

Dated: January 5, 2022 /s/ Charles F. Clippert
Charles F. Clippert
Attorney No. 248848
Attorney for Defendant
101 East Fifth Street
Suite 1500
St. Paul, MN 55101
Phone: (651) 300-4109