UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 21-CR-245 (NEB/JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MUSE MOHAMUD MOHAMED, )<br>)<br>Defendant )<br>)<br>) | **MOTION FOR DISCLOSURE OF GIGLIO MATERIAL** |

The above named defendant by and through his attorney, Charles F. Clippert, Esq., moves the Court for an Order compelling the disclosure of the past criminal convictions of any and all informants utilized by the government in the investigation or prosecution of this case and of the substance of any agreements between the Government or its agents and the informants. *See Giglio v. United States*, 405 U.S. 150 (1972)

This motion is based upon the Indictment, the records and files in the above captioned matter, and any and all matters which may be presented prior to, or at the time of the hearing said motion.

Respectfully submitted,

Dated: January 5, 2022

/s/ *Charles F. Clippert*
Charles F. Clippert
Attorney No. 248848
Attorney for Defendant
101 East Fifth Street
Suite 1500
St. Paul, MN 55101
Phone: (651) 300-4109