# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-245 (NEB/JFD) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| MUSE MOHAMUD MOHAMED, | |
| Defendant. | |

The Court has received the March 16, 2022 Report and Recommendation of United States Magistrate Judge John F. Docherty. (ECF No. 44.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* 28 U.S.C. § 636(b); Fed. R. Crim. P. 59(b); D. Minn. LR 72.2; *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) (explaining that a criminal defendant's "failure to file any objections waived his right to *de novo* review by the district court of any portion of the report and recommendation") (citation omitted). Finding no clear error, and based on all the files, records, and proceedings in this case, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 44) is ACCEPTED; and

2. Defendant's Pretrial Motion for Severance of Counts (ECF No. 27) is DENIED.

Dated: March 31, 2022

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge