UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-345 (NEB/JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **GOVERNMENT'S MOTION** |
| v. | ) ***IN LIMINE* TO PRECLUDE** |
| | ) **EVIDENCE CHARACTERIZING** |
| MUSE MOHAMUD MOHAMED, | ) **THE FBI'S RELATIONSHIP WITH** |
| | ) **THE SOMALI COMMUNITY** |
| Defendant. | ) |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Angela M. Munoz and Kimberly A. Svendsen, Assistant United States Attorneys, respectfully moves the Court for an order precluding the defendant or his counsel, in the presence of the jury, from introducing at trial (through testimony of argument) reference to their opinions about the FBI's treatment of the Somali community generally, allegations that the investigation targeted the Somali community, and other generalized references to local and national FBI investigations and/or treatment of Muslims, for the reasons set forth in the Trial Brief of the United States.

Dated: April 19, 2022                                      Respectfully Submitted,

                                                                              ANDREW M. LUGER
                                                                              United States Attorney

                                                                              */s/ Angela M. Munoz*

                                                                              BY: ANGELA M. MUNOZ
                                                                              KIMBERLY A. SVENDSEN
                                                                              Assistant U.S. Attorneys