# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA | Government's Exhibit List |
|---|---|
| v. | |
| MUSE MOHAMUD MOHAMED | Criminal No. 21-245 (NEB/JFD) |

| PRESIDING JUDGE<br>Hon. Nancy E. Brasel | PLAINTIFF'S ATTORNEYS<br>Angela M. Munoz, AUSA<br>Kimberly A. Svendsen, AUSA | DEFENDANT'S ATTORNEY<br>Charles Clippert, Esq. |
|---|---|---|
| TRIAL DATE<br>May 9, 2022 | COURT REPORTER<br>Erin Drost | COURTROOM DEPUTY<br>Kristine Wegner |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | | | | **Grand Jury Transcripts** |
| 1 | | | | 10/14/2021 Transcript of Grand Jury Testimony of Muse Mohamud Mohamed |
| 2 | | | | Excerpt of 10/14/2021 Transcript of Grand Jury Testimony of Muse Mohamud Mohamed (Count 1) |
| 3 | | | | Excerpt of 10/14/2021 Transcript of Grand Jury Testimony of Muse Mohamud Mohamed (Count 2) |
| 4 | | | | 9/30/2021 Transcript of Grand Jury Testimony of Muse Mohamud Mohamed |
| 5 | | | | |
| | | | | **Absentee Ballot Materials for Agent Muse Mohamed** |
| 6 | | | | 8/5/2020 Absentee Ballot Agent Return Log for Muse Mohamed |
| 7 | | | | 8/5/2020 Request for Agent Delivery of Absentee Ballot for Voter A |

| | | | | |
|---|---|---|---|---|
| 8 | | | | 2020 Minnesota Absentee Ballot Application for Voter A |
| 9 | | | | Signature Envelope for Voter A |
| 10 | | | | 8/5/2020 Request for Agent Delivery of Absentee Ballot for Voter B |
| 11 | | | | 2020 Minnesota Absentee Ballot Application for Voter B |
| 12 | | | | 8/5/2020 Request for Agent Delivery of Absentee Ballot for Voter C |
| 13 | | | | 2020 Minnesota Absentee Ballot Application for Voter C |
| 14 | | | | Signature Envelope for Voter C |
| 15 | | | | |
| | | | | **Sample Ballot Materials** |
| 16 | | | | Sample ballot for 8/11/2020 election |
| 17 | | | | Request for Agent Delivery of Absentee Ballot Form |
| 18 | | | | 2020 Minnesota Absentee Ballot Application |
| 19 | | | | Signature Envelope for Agent Delivery of Ballot |
| 20 | | | | |

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   |   | **Photos and Summary Charts** |
| 21 |   |   |   | Summary chart showing Minnesota agent delivery ballot process |
| 22 |   |   |   | Photograph of Minneapolis Election Office, located at 980 E. Hennepin Avenue |
| 23 |   |   |   | Map showing locations of residences of Voter A, Voter B, and Voter C |
| 24 |   |   |   | Map of Senate District 62 |
| 25 |   |   |   |   |
| 26 |   |   |   |   |
| 27 |   |   |   |   |
|   |   |   |   | **Absentee Ballot Materials for Witness Muse Mohamed** |
| 28 |   |   |   | 8/10/2020 Absentee Ballot Agent Return Log for Agent A |
| 29 |   |   |   | 8/8/2020 Request for Agent Delivery of Absentee Ballot for Voter D |
| 30 |   |   |   | 2020 Minnesota Absentee Ballot Application for Voter D |
| 31 |   |   |   | Signature Envelope for Voter D |

| | | | | |
|---|---|---|---|---|
| 32 | | | | 8/10/2020 Absentee Ballot Agent Return Log for Agent B |
| 33 | | | | 8/8/2020 Request for Agent Delivery of Absentee Ballot for Voter E |
| 34 | | | | 2020 Minnesota Absentee Ballot Application for Voter E |
| 35 | | | | Signature Envelope for Voter E |
| | | | | ***The government reserves the right to amend this list as trial preparation continues, as evidence develops at trial, and in any rebuttal case.*** |