UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-345 (NEB/JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUSE MOHAMUD MOHAMED,<br><br>Defendant. | **VERDICT FORM** |

We, the jury, unanimously find the defendant, Muse Mohamud Mohamed, _____ (write GUILTY or NOT GUILTY) of the crime of making false declarations before a grand jury, as charged in Count 1 of the Indictment.

We, the jury, unanimously find the defendant, Muse Mohamud Mohamed, _____ (write GUILTY or NOT GUILTY) of the crime of making false declarations before a grand jury, as charged in Count 2 of the Indictment.

**Please have the foreperson sign and date this form.**

_____        _____
    **Foreperson's Signature**                                              **Date**