UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-CR-245 (NEB/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S LIMINE** |
| v. | ) | **MOTIONS** |
| Muse Mohamud Mohamed, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the January 20, 2022, Trial Notice and Pretrial Order [Docket No. 34],

the defendant Muse Mohamud Mohamed, through his attorney Charles F. Clippert,

moves the Court for an Order preventing the Government from offering the following

evidence.

1.  Evidence from Mr. Mohamed's appearance before the grand jury on September

    30, 2021.  The substance of Mr. Mohamed's testimony from September 30, 2021

    is irrelevant.  Fed. R. Evid. 401.  Even if the evidence is relevant the evidence

    should be excluded because it would confuse the issue and mislead the jury.  Fed.

    R. Evid. 403.

2.  Evidence that Mr. Mohamed was listed as a witness on three additional ballots not

    charged in the indictment.  The evidence is irrelevant.  Fed. R. Evid. 401.  The fact

    that Mr. Mohamed was a lawful witness on three other additional balance does not

    make it more likely than not that he made material misrepresentations to the grand

    jury.  Even if the evidence is relevant the evidence should be excluded because it

    would confuse the issue and mislead the jury.  Fed. R. Evid. 403.

Dated: April 19, 2022

Respectfully submitted,


*/s/ Charles F. Clippert*
BY: Charles F. Clippert
Attorney for Defendant