AO 187 (Rev. Locally 03/18) Exhibit List

# UNITED STATES DISTRICT COURT

## STATE AND     DISTRICT OF     MINNESOTA

UNITED STATES OF AMERICA
V.
MUSE MOHAMUD MOHAMED

**EXHIBIT LIST**

Case Number:  21-245 (NEB/JFD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Nancy E. Brasel | AUSA Angela M. Munoz<br>AUSA Kimberly A. Svendsen | Charles F. Clippert, Esq. |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| May 9, 2022 | Erin Drost | Kristine Wegner |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | D-1 |  |  |  | Secretary of State voter information from August 2020 primary |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.