

# Interpreter Confirmation Cancellation

**The following information confirms the cancellation of services ordered by the U.S. District Court for the District of Minnesota for contract court interpreting.**

**GENERAL INFORMATION:**
Date Scheduled: 4/20/2022
Name of Requestor: Kristine wegner

**SERVICE INFORMATION:**
Name of Agency:
Name of Interpreter: Ali Aydarus
Language: Somali
Date of Service: 4/26/2022
Time of Service: 10:00 AM
Location of Hearing: Courtroom 13W (MPLS)
Case Number: 0:21–cr–00245–NEB–JFD
Case: USA v Muse Mohamud Mohamed
Travel Required: No
Estimated Duration of Assignment: Half Day
Estimated Cost of Service: $ 226 Certified Half Day


cc: Tory Cortese and Mary Betinsky