# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# PRETRIAL CONFERENCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| | BEFORE: Nancy E. Brasel |
| Plaintiff, | U.S. District Judge |
| v. | Case No: 21-cr-245 (1) (NEB/JFD) |
| | Date: May 5, 2022 |
| MUSE MOHAMUD MOHAMED, | Court Reporter: Renee Rogge |
| | Courthouse: Minneapolis |
| | Courtroom: 13W |
| Defendant. | Time Commenced: 11:00 a.m. |
| | Time Concluded: 11:55 a.m. |
| | Time in Court: 55 minutes |

**APPEARANCES:**
  Plaintiff:    Kimberly Svendsen and Angela Munoz, Assistant U.S. Attorneys
  Defendant:   Charles Clippert, CJA Appointed Attorney

Interpreter: Ayderus Ali/Somali

**PROCEEDINGS:**
  ☒    Motions in Limine were moved, argued and taken under advisement. Order to follow.
  ☒    Review of the voir dire and preliminary instructions with the parties.
  ☒    The Court reviewed trial protocol with the parties.
  ☒    The parties shall meet with the Court at 8:45 a.m. on Monday, May 9, 2022 before the jurors arrive.
  ☒    Defendant is released on bond conditions.

Date:  May 5, 2025                                                                                           s/KW
                                                    Signature of Courtroom Deputy to Judge Nancy E. Brasel