# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MUSE MOHAMUD MOHAMED (1),<br><br>        Defendant. | **COURT MINUTES**<br>Case Number: 21-cr-245 (1) (NEB/JFD)<br><br>Date: May 9, 2022<br>Courthouse: Minneapolis<br>Courtroom: 13W<br>Court Reporter: Renee Rogge<br>Time Commenced: 8:45 a.m. - 12:30 p.m.<br>    1:45 p.m. - 3:15 p.m.<br>    3:30 p.m. - 4:55 p.m.<br>Time Concluded: 4:55 p.m.<br>Time in Court: 6 hours and 40 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

**APPEARANCES:**
  Plaintiff:    Angela Munoz and Kimberly Svendsen, Assistant U.S. Attorneys
  Defendant:    Charles Clippert, CJA Panel Attorney

Interpeters: Ayderus Ali and Abdulaziz Hussen/ Somali

**PROCEEDINGS:**
- ☒ Jury Voir Dire and Instructions
- ☒ Jury Trial - Began (Trial Day 1)
- ☒ Jury Selection Completed.
- ☒ Preliminary Instructions.
- ☒ Opening Statements.
- ☒ Government's witnesses: John Martin, Nasro Jama (with the use of interpreter Said Yusuf/Somali), Mustafa Hassan, Abdiriman Ahmed Muse, and Osman Abdulle.
- ☒ Trial continued to May 10, 2022 at 9:00 a.m.

Date: May 9, 2022                                                                                   s/KW
                                                                  Signature of Courtroom Deputy to Judge Nancy E. Brasel