# United States District Court
## STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA  
v.  
MUSE MOHAMUD MOHAMED

**Government's Exhibit List**

Criminal No. 21-245 (NEB/JFD)

| PRESIDING JUDGE<br>Hon. Nancy E. Brasel | PLAINTIFF'S ATTORNEYS<br>Angela M. Munoz, AUSA<br>Kimberly A. Svendsen, AUSA | DEFENDANT'S ATTORNEY<br>Charles Clippert, Esq. |
|---|---|---|
| TRIAL DATE<br>May 9, 2022 | COURT REPORTER<br>Erin Drost | COURTROOM DEPUTY<br>Kristine Wegner |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | | | | **Grand Jury Transcripts** |
| 1 | | | 5/9/2022 | 10/14/2021 Transcript of Grand Jury Testimony of Muse Mohamud Mohamed |
| 2 | | | 5/9/2022 | Excerpt of 10/14/2021 Transcript of Grand Jury Testimony of Muse Mohamud Mohamed (Count 1) |
| 3 | | | 5/9/2022 | Excerpt of 10/14/2021 Transcript of Grand Jury Testimony of Muse Mohamud Mohamed (Count 2) |
| 4 | | | 5/9/2022 | 9/30/2021 Transcript of Grand Jury Testimony of Muse Mohamud Mohamed |
| 5 | | | 5/10/2022 | Summary Chart of Exhibits Shown During Muse Mohamed's Grand Jury Testimony, September 30 and October 14, 2021 |
| | | | | **Absentee Ballot Materials for Agent Muse Mohamed** |
| 6 | | | 5/9/2022 | 8/5/2020 Absentee Ballot Agent Return Log for Muse Mohamed |
| 7 | | | 5/9/2022 | 8/5/2020 Request for Agent Delivery of Absentee Ballot for Nasro Jama |
| 8 | | | 5/9/2022 | 2020 Minnesota Absentee Ballot Application for Nasro Mohamed Jama |

| 9 | | | 5/9/2022 | Signature Envelope for voter Nasro Mohamed Jama |
|---|---|---|---|---|
| 10 | | | 5/9/2022 | 8/5/2020 Request for Agent Delivery of Absentee Ballot for Abdiraman Muse |
| 11 | | | 5/9/2022 | 2020 Minnesota Absentee Ballot Application for Abdiraman A. Muse |
| 12 | | | 5/9/2022 | 8/5/2020 Request for Agent Delivery of Absentee Ballot for Sakariye Ahmed |
| 13 | | | 5/9/2022 | 2020 Minnesota Absentee Ballot Application for Sakariye Ahmed Ahmed |
| 14 | | | 5/9/2022 | Signature Envelope for voter Sakariye Ahmed Ahmed |
| | | | | **Sample Ballot Materials** |
| 16 | | | 5/9/2022 | Sample ballot for 8/11/2020 election |
| 17 | | | 5/9/2022 | Request for Agent Delivery of Absentee Ballot Form |
| 18 | | | 5/9/2022 | 2020 Minnesota Absentee Ballot Application |
| 19 | | | 5/9/2022 | Signature Envelope for Agent Delivery of Ballot |
| | | | | **Photos and Summary Charts** |
| 21 | | | 5/9/2022 | Summary chart showing Minnesota agent delivery ballot process |
| 22 | | | 5/9/2022 | Photograph of Minneapolis Election Office, located at 980 E. Hennepin Avenue |
| 23 | | | 5/9/2022 | Signed Stipulation of Fact |
| 24 | | | 5/9/2022 | Map of Senate District 62 |