UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

        Plaintiff,                  Case No: 0:21-cr-00245-NEB-JFD

v.                                     **MOTION TO SUSPEND**
                                       **SENTENCING PROCEEDINGS**

MUSE MOHAMUD MOHAMED,

        Defendant.

---

      Muse Mohamed, through counsel, respectfully asks for the Court for a 60-day suspension of the sentencing proceedings, including the development and circulation of the final Pre-Sentence Investigation Report, in this case. We request this extension to allow additional time to develop and present facts that relate to the guideline calculations and sentencing decisions facing the Court.

Dated: June 29, 2022                    Respectfully submitted,

                                            GOETZ & ECKLAND P.A.

                                            By: _____
                                            ANDREW H. MOHRING
                                            Attorney Registration No. 190731
                                            Banks Building
                                            615 1st Avenue NE, Suite 425
                                            Minneapolis, MN 55413
                                            (612) 874-1552

                                            ATTORNEY FOR DEFENDANT