UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUSE MOHAMUD MOHAMED,<br><br>Defendant. | Case No. 21-245 (1) (NEB/JFD)<br><br>**ORDER SUSPENDING SENTENCING PROCEEDINGS** |

Defendant moves the Court for a 60-day suspension of the sentencing proceedings, including the development and circulation of the final Pre-Sentence Investigation Report (ECF No. 95).

IT IS HEREBY ORDERED that:

The defendant's motion is GRANTED. Objections to the Preliminary Pre-Sentence Investigation Report are due on or before September 12, 2022.

Dated: June 30, 2022　　　　　　　　　　　　s/Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　　　Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge