U.S. District Court, District of Minnesota



# Interpreter Confirmation Rescheduled

**The following information confirms services ordered by the U.S. District Court for the District of Minnesota for contract court interpreting.**

**GENERAL INFORMATION:**
Date Scheduled: 10/3/2022
Name of Requestor: Kristine Wegner

**SERVICE INFORMATION:**
Name of Agency:
Name of Interpreter: Ayderus Ali
Language: Somali
Date of Service: 11/7/2022
Time of Service: 10:00 AM
Location of Hearing: Courtroom 13W (MPLS)
Case Number: 0:21–cr–00245–NEB–JFD
Case: USA v Muse Mohamud Mohamed
Travel Required: No
Estimated Duration of Assignment: 2 hours
Estimated Cost of Service: $ 226 Certified Half Day


cc: Jeff Kult, Tory Cortese and Mary Betinsky