# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
### SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |
| v. | ) | Case No:  21-cr-245 (1) (NEB/JFD) |
| | ) | Date:  November 7, 2022 |
| MUSE MOHAMUD MOHAMED, | ) | Courthouse:  Minneapolis |
| | ) | Courtroom:  13W |
| Defendant. | ) | Court Reporter:  Brittany Blesener |
| | ) | Time Commenced: 10:00 a.m. |
| | ) | Time Concluded:  11:00 a.m. |
| | ) | Time in Court:  1 hour |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

Interpreter: Ayderus Ali, Somali (Stand by only)

    For Plaintiff:    Kimberly Svendsen and Allison Ethen, Assistant U.S. Attorneys
    For Defendant:    Andrew Mohring, Retained Attorney

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Verdict | Probation |
|---|---|---|
| 1 | X | 2 years probation to be served concurrently to Count 2 |
| 2 | X | 2 years probation be served concurrently to Count 1 |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $200.00 due immediately.
☒ The sealed and restricted filings at ECF Nos. 107, 108, and 109 shall remain sealed or restricted for 50 years, until 11/7/72.
☒ Defendant is released on the conditions Probation.

Date: November 7, 2022                           s/Kristine Wegner
                                                         Courtroom Deputy to Judge Nancy E. Brasel