UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 21-CR-0245 (NEB/LIB) |
| | ) | |
| v.          Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION FOR** |
| MUSE MOHAMUD MOHAMED, | ) | **EXTENSION OF DEADLINE TO** |
| | ) | **FILE NOTICE OF APPEAL** |
| Defendant. | ) | |

Muse Mohamed, through counsel, moves the Court for an Order extending the deadline for filing a notice of appeal in this case, pursuant to Rule 4(b)(4) of the Federal Rules of Appellate Procedure. We ask for the full 30-day extension.

In light of the extended consequences of an appeal in this case, the additional time is requested to allow for the circulation of the sentencing documents and a fuller discussion and consideration of the potential appellate issues present in this case.

A proposed order has been submitted to the Court.

Dated: November 15, 2022              Respectfully submitted,

GOETZ & ECKLAND P.A.

By: _____
ANDREW H. MOHRING
Attorney Registration No. 190731
Banks Building
615 1st Avenue NE, Suite 425
Minneapolis, MN 55413
(612) 874-1552

ATTORNEY FOR DEFENDANT