UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-245 (NEB/JFD) |
| Plaintiff, | |
| v. | **ORDER FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL** |
| MUSE MOHAMUD MOHAMED, | |
| Defendant. | |

Based on the motion for an extension of the deadline to file a notice of appeal in this case (ECF No. 114), IT IS ORDERED that:

The Motion is granted. The deadline for filing a notice of appeal in this case is extended for 30 days, pursuant to Rule 4(b)(4) of the Federal Rules of Appellate Procedure.

Dated: November 18, 2022

s/Nancy E. Brasel
Nancy E. Brasel
United States District Court Judge