

UNITED STATES
DISTRICT COURT
DISTRICT OF MINNESOTA

Norine Strobel
Financial Specialist
Minneapolis
O: (612) 664-5015

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

April 7, 2025

RE:    Case Name:    USA V. MOHAMED
       Case Number:  0:21-CR-00245-NEB-001
                     MUSE MOHAMUD MOHAMED

## NOTICE OF MONETARY IMPOSITION PAID IN FULL

| DEBT | AMOUNT | DATE |
|------|--------|------|
| SPECIAL ASSESSMENT: | $200.00 | 11/07/2022 |

FILED    04/07/2025
KATE FOGARTY, CLERK
Judgment Entered 11/09/2022
Deputy Clerk's Initials: nps